# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN WRIGHT, individually and on behalf of all similarly situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>GREENWAY HOME SERVICES, LLC, et al.,<br><br>  Defendants. | NO. 3:21-cv-00549<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is Plaintiff's Motion for Conditional Certification of this Matter as a Collective Action and Approval of 29 U.S.C. § 216(b) Notice. (Doc. No. 47). On May 19, 2023, the Sixth Circuit Court of Appeals issued a decision addressing the standard to be applied by the district court when deciding whether to facilitate notice to potential plaintiffs in a collective action. *See Clark v. A&L Homecare and Training Center*, Case Nos. 22-301 and 22-302, 2023 WL 3559657 (6th Cir. May 19, 2023). Notably, the Court expressly rejected the "characterization of the notice determination as a 'certification,' conditional or otherwise." *Id*. at *2.

Because Plaintiff's Motion is based on a different legal standard, the Motion is **DENIED WITHOUT PREJUDICE** to refiling an appropriate motion for notice to potential plaintiffs based on the legal standard set forth in *Clark*.

The parties shall request a case management conference with Judge Holmes to discuss a deadline for filing a new motion.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE