IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN WRIGHT, individually and on behalf of all similarly-situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:21-cv-00549 |
| GREENWAY HOME SERVICES, LLC, *et al.* | ) ) ) ) | Chief District Judge Campbell Magistrate Judge Holmes |
| Defendants. | ) | JURY TRIAL DEMAND |

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

On behalf of all Defendants, Defendant Greenway Home Services, LLC ("Defendant Greenway"), respectfully moves for a status conference to address a dispute related to the effectuation of the parties' settlement of this case. In support, Defendant Greenway states as follows:

1. On or about November 11, 2023, the parties notified the Court that this action had been settled in concept. (ECF No. 102).

2. After extensive negotiations and revisions, the parties finalized a Settlement Agreement, which was fully executed on September 12, 2024. **(*See* Exhibit A, Proposed Settlement and Release Agreement.)**

3. The Settlement Agreement creates a Net Settlement Fund to fund settlement payments, the distribution of which is to be by a formula drafted by Plaintiff. (Ex. A ¶ 39.)

4. Under the Settlement Agreement, Plaintiff had five (5) business days, or until September 19, 2024, to file an Unopposed Motion for Preliminary Approval of the Settlement including a proposed Notice of the settlement terms. (Ex. A ¶ 45.)

5. The Settlement Agreement is an integrated agreement that is binding on the parties as drafted, subject to the Court's approval. (Ex. A ¶ 72-73.)

6. On October 25, 2024, Plaintiff provided his first draft proposed Notice and Opt-Out Forms to Defendants for their review.

7. On October 29, 2024, Defendants advised Plaintiff that the proposed documents were not consistent with the terms of the Settlement Agreement. Defendants provided revised language and proposed solutions to address those issues.

8. As of the date of this Motion, Plaintiff has not provided or filed a revised Notice or Opt-Out forms that comply with the terms of the Settlement Agreement.

9. Plaintiff claims the Notice cannot be completed due to a dispute about its contents. More accurately, Plaintiff wants Defendants to agree to make payments to certain putative class members above and beyond the amounts set forth in the Settlement Agreement.

10. There is no provision in the Settlement Agreement that requires what Plaintiff seeks.

11. Plaintiff now claims there is no enforceable Settlement Agreement.

12. In an effort to avoid motions practice to enforce the Settlement Agreement, Defendants respectfully request a status conference as soon as

practicable for the Court to assist the parties with this dispute.

13. Pursuant to Local Rule 7.01, counsel for Defendants conferred with counsel for Plaintiff about this Motion. Plaintiff objects to Defendants' request for the Court's intervention.

Respectfully submitted on this, the 4th day of December, 2024.

**FISHER & PHILLIPS LLP**

*/s/ Courtney Leyes*
Courtney Leyes (TN BPR #034012)
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: 615-488-2900
Email: cleyes@fisherphillips.com

- AND -

J. Gregory Grisham (TN BPR #013810)
1715 Aaron Brenner Drive, Suite 312
Memphis, TN 38120
Telephone: 901-526-0431
Email: ggrisham@fisherphillips.com

- AND -

Erica G. Wilson (PA Bar No. 316343)
Admitted *pro hac vice*
6 PPG Pl Suite 830
Pittsburgh, PA 15222
Telephone: 412-822-6624
Email: ewilson@fisherphillips.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Courtney Leyes, hereby certify that on December 4, 2024, I electronically filed the foregoing ***Defendants' Motion for Status Conference*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Autumn L. Gentry and Peter F. Klett, III
**DICKINSON WRIGHT PLLC**
Fifth Third Center
424 Church Street, Suite 800
Nashville, TN 37219-2392
agentry@dickinsonwright.com
pklett@dickinsonwright.com

                                              */s/ Courtney Leyes*
                                              Courtney Leyes