# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN WRIGHT, individually and on behalf of all similarly-situated persons, ) ) ) | |
| ) | Civil No.: 3:21-cv-00549 |
| Plaintiff, ) ) | |
| v. ) ) | Judge William L. Campbell |
| ) | Magistrate Judge Barbara D. Holmes |
| GREENWAY HOME SERVICES, LLC; ) GREENWAY HOME SERVICES, LLC ) d/b/a MISTER GREENWAY PLUMBING ) HEATING & AIR; GREENWAY HOME ) SERVICES, LLC d/b/a HOMESERV OF ) MEMPHIS; GREENWAY HOME ) SERVICES OF NASHVILLE, LLC; and ) WHIT GREENWAY, WHITNEY ) GREENWAY, and DEVIN WILLIAMS, ) individually, ) ) | COLLECTIVE ACTION COMPLAINT FOR VIOLATION OF THE FAIR LABOR STANDARDS ACT OF 1938 AND CLASS ACTION FOR CONTRACT BREACH AND UNJUST ENRICHMENT |
| ) | JURY TRIAL DEMAND |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL OF RULE 23 CLASS ACTION CLAIMS AND FOR SETTLEMENT APPROVAL OF FLSA §216(b) COLLECTIVE ACTION CLAIMS**

Plaintiff Justin Wright, individually, and on behalf of similarly-situated persons ("Plaintiff"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 201, *et seq.* ("FLSA"), to:

(1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Settlement Agreement;

(2) approve the proposed Notice and Opt-Out Form to be provided to the Rule 23 Settlement Class;

(3) appoint CAC Services Group, LLC as Claims Administrator for the Settlement Fund;

(4) appoint Plaintiff Justin Wright as the Class Representative of the Settlement Class;

(5) appoint Peter F. Klett and Autumn L. Gentry of Dickinson Wright PLLC as Class Counsel;

(6) approve, pursuant to §216(b) of the FLSA, the settlement terms set forth in the parties' Settlement Agreement for the FLSA Settlement Class; and,

(7) schedule a hearing to consider final approval of the settlement and any related matters.

In support of this Motion, Plaintiff relies upon his contemporaneously filed Memorandum of Law [Doc. 109], which includes the following Exhibits:

1. Settlement Agreement [Doc. 109-1],

2. Long-Form Notice [Doc. 109-2],

3. Rule 23 Opt-Out Form [Doc. 109-3],

4. Declaration of Peter F. Klett [Doc. 109-4], and

5. [Proposed] Order Granting Plaintiff's Motion for Preliminary Settlement Approval of Rule 23 Class Action Claims and For Settlement Approval of FLSA §216(b) Collective Action Claims [Doc. 109-5].

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Settlement Agreement and Exhibits thereto;

(2) approve the proposed Notice and Opt-Out Form to be provided to the Rule 23 Settlement Class;

(3) appoint CAC Services Group, LLC as Claims Administrator for the Settlement Fund;

(4) appoint Plaintiff Justin Wright as the Class Representative for the Rule 23 Settlement Class;

(5) appoint Peter F. Klett and Autumn L. Gentry of Dickinson Wright PLLC, as Class Counsel;

(6) approve, pursuant to §216(b) of the FLSA, the settlement terms set forth in the parties' Settlement Agreement; and,

(7) schedule a hearing to consider final approval of the settlement and any related matters.

Respectfully submitted,

DICKINSON WRIGHT PLLC


/s/ *Autumn L. Gentry*
Autumn L. Gentry, TN Bar #20766
Peter F. Klett, TN Bar #12688
Fifth Third Center
424 Church Street, Suite 800
Nashville, TN 37219-2392
Tel.: 615.244.6538
agentry@dickinsonwright.com
pklett@dickinsonwright.com

*Counsel for Plaintiff Justin Wright, Opt-in Plaintiffs, putative FLSA Settlement Class Members, and Rule 23 Settlement Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, a true and correct copy of the foregoing document has been filed using the Court's CM/ECF system, which will be automatically served on the following individuals:

| | |
|---|---|
| J. Gregory Grisham<br>Fisher & Phillips LLP<br>1715 Aaron Brenner Drive, Suite 312<br>Memphis, TN 38120<br>ggrisham@fisherphillips.com | Erica G. Wilson<br>Fisher & Phillips LLP<br>6 PPG Pl Suite 830<br>Pittsburgh, PA 15222<br>ewilson@fisherphillips.com |
| Courtney Leyes<br>Fisher & Phillips LLP<br>424 Church Street, Suite 1700<br>Nashville, TN 37219<br>cleyes@fisherphillips.com | |

/s/ *Autumn L. Gentry*
Autumn L. Gentry

4876-4964-8829 v1 [97856-1]