# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN WRIGHT, Individually and On Behalf of All Similarly Situated Persons, ) ) ) | |
| Plaintiff, ) ) | NO. 3:21-cv-00549 |
| v. ) ) | JUDGE CAMPBELL |
| GREENWAY HOME SERVICES, LLC, ET AL., ) ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. ) | |

## ORDER

This cause came before the Court for consideration upon Plaintiff's Unopposed Motion For Preliminary Settlement Approval of Rule 23 Class Action Claims and For Settlement Approval of FLSA §216(b) Collective Action Claims. (Doc. No. 108).

Upon review of Plaintiff's Unopposed Motion and the record as a whole, the Court **GRANTS** Plaintiff's Unopposed Motion and rules as follows, pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 201, et seq. (the "FLSA"), to:

(1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Settlement Agreement;

(2) approve the proposed Notice and Opt-Out Form to be provided to the Rule 23 Settlement Class;

(3) appoint CAC Services Group, LLC as Claims Administrator for the Settlement Fund;

(4) appoint Plaintiff Justin Right as the Class Representative of the Settlement Class;

(5) appoint Peter F. Klett and Autumn L. Gentry of Dickinson Wright PLLC as Class Counsel; and

(6) approve, pursuant to §216(b) of the FLSA, the settlement terms set forth in the parties' Settlement Agreement for the FLSA Settlement Class.

A hearing for purposes of determining whether the Settlement Agreement should be finally approved for purposes of Rule 23 shall be held before this Court on Wednesday, January 21, 2026 at 11:00 a.m., in Courtroom 6B, U.S. District Court for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, TN, 37203. At the hearing, the Court will hear arguments concerning whether the proposed settlement on the terms and conditions provided for in the Settlement Agreement is fair, reasonable, and adequate and should be approved by the Court. The Court will also consider Class Counsel's request for an award of attorneys' fees and costs and for service payments to be made to the named Plaintiff and service award recipients. In support of this Order, the Court also relied upon the following exhibits, which were attached to Plaintiff's Memorandum of Law (Doc. No. 109):

1. Settlement Agreement (Doc. No. 109-1);

2. Long-Form Notice (Doc. No. 109-2);

3. Rule 23 Opt-Out Form (Doc. No. 109-3); and

4. Declaration of Peter F. Klett (Doc. 109-4).

Further, the Court sets the following progression of events and Orders the deadlines be set as summarized below:

| Event | Deadline |
|---|---|
| Deadline for Defendants to provide Class Counsel and the Administrator the names and last known addresses, email addresses, and telephone numbers, and relevant employment dates for all Settlement Class Members ("Class List"). | Within 3 business days after the Court's approval of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement. |
| Deadline for Administrator to mail, email, and text Notice and Opt-Out Form to the Settlement Class Members ("Notice Date): Deadline for Defendants to also post Notice and Opt-Out Form at their Nashville and Memphis locations, and for those Settlement Class Members who are still employed, to enclose Notice and Opt-Out Form with their next paycheck or check stub, or to deliver to them on the same day their paycheck is direct deposited. | Within 7 calendar days after Class Counsel and Administrator receive Class List. |
| Deadline for mailing or faxing valid Opt-Out Forms to Claims Administrator | Opt-Out Forms must be faxed or mailed to the Administrator and postmarked no later than 60 calendar days after the Notice Date. |
| Deadline for Class Members to object to the Settlement. | Objections must be faxed or mailed to the Administrator and postmarked no later than 60 calendar days after the Notice Date. |
| Deadline for Class Counsel to file motion seeking final approval of the Settlement Agreement, including award of attorney's fees, payment of expenses, and approval of proposed service award payments | 10 calendar days prior to the Final Approval Hearing |

In light of the foregoing, the parties' Joint Motion to Ascertain Status (Doc. No. 110) is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE